IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATINA A. ERVIN                                                                                           PLAINTIFF

v.                                     Case No. 4:15-cv-00156-KGB

UNITED STATES DEPARTMENT OF JUSTICE                                        DEFENDANT

## ORDER

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Catina A. Evin's complaint is dismissed without prejudice.

SO ADJUDGED this the 1st day of September, 2015.

_____
Kristine G. Baker
United States District Judge